**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7010**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM JOHNSTON,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:00-cr-00135-GCM-1)

Submitted: August 20, 2009        Decided: August 27, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Johnston, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Johnston appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  United States v. Johnston, No. 3:00-cr-00135-GCM-1 (W.D.N.C. May 21, 2009).  See United States v. Hood, 556 F.3d 226 (4th Cir. 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED